# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

JAMEEL LATHAM

VERSUS

STATE OF LOUISIANA, THROUGH THE
LOUISIANA DEPARTMENT OF PUBLIC
SAFETY AND CORRECTIONS AND
HACKLEY WILLIS

NO.   2020 CW 0366

**MAY 0 6 2020**

---

In Re:   State of Louisiana, through the Department of Public
         Safety and Corrections and Hackley Willis, applying for
         supervisory writs, 19th Judicial District Court, Parish
         of East Baton Rouge, No. 690222

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT NOT CONSIDERED.** Relators failed to provide a copy of
the judgment, each pleading on which the judgment is founded,
pertinent court minutes and the notice of intent and return date
order in violation of Uniform Rules of Louisiana Courts of
Appeal, Rule 4-5 (C) (6), (8), (10) and (11). Additionally, this
court is unable to address the merits of the relators' writ
application without a copy of the transcript of the hearing held
on March 2, 2020, including identification of evidence admitted
at the hearing.

Supplementation of this writ application and/ or an
application for rehearing will not be considered. Uniform Rules
of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relators seek to file a new application with
this court, it must contain all pertinent documentation,
including the missing items noted above, and must comply with
Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any
new application must be filed on or before thirty days from the
notice of signing of judgment from the March 2, 2020 hearing and
must contain a copy of this ruling.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

_DEPUTY CLERK OF COURT_
FOR THE COURT